# United States Court of Appeals
## For the First Circuit

No. 13-2535

AF HOLDINGS, LLC

Plaintiff

v.

SANDIPAN CHOWDHURY

Defendant - Appellee

-------------------------------------------------------------------------------

JOHN L. STEELE; PAUL A. DUFFY; PAUL R. HANSMEIER

Interested Parties - Appellants

MARK LUTZ

Interested Party

**MANDATE**

Entered: August 29, 2016

    In accordance with the judgment of August 4, 2016, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
AF Holdings, LLC
Daniel G. Booth
Paul A. Duffy
Paul R. Hansmeier
John L. Steele
Jason E. Sweet